IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | Case No. 4:18CR00466-20 BSM |
| vs. ) | |
| ) | |
| DEAUNDREY PEOPLES, ) | |
| ) | |
| Defendant(s) ) | |

## EMERGENCY MOTION FOR TEMPORARY RELEASE FROM DETAINER

Comes now, the Defendant, Deaundrey Peoples, by and through undersigned counsel, Mark F. Hampton, and for his emergency motion for temporary release from the federal detainer, states and alleges as follows:

1. The Defendant is currently in the Pulaski County Detention Center and is "in custody" from state cases.

2. This Court has issued a federal detainer which is presently lodged with the Pulaski County Detention Center. Undersigned counsel has talked to the jail administrator, Officer Kim Smith, who has indicated that the jail can release temporarily the Defendant on the state charges; if the federal detainer is temporarily lifted.

3. Mr. Peoples is the father of a two (2) month old infant which has been in the Neonatal Intensive Care Unit at Arkansas Children's Hospital since the date of her birth. The child suffers from a horrible congenital disease known as "chondrodysplasia punctate". The child is on life support at this point. The Hospital wishes to remove the life support assistance. Attached hereto is a letter from Arkansas Children's Hospital stating the current condition of the child and its request to allow Mr. Peoples temporarily leave to see the child for his first time and to assist the family in closure of the child's

ultimate death. As the letter indicates, this is a chronic and severe situation and the Hospital would very much like to add closure to this situation.

    4.    The AUSA, Chris Givens, has no objection to this motion.

The Defendant moves the Court for a temporary release from the federal detainer to allow a one (1) day (8 hours) release on Saturday, January 11, 2019, from the Pulaski County Detention Center to the Arkansas Children's Hospital and back.

                        Respectfully submitted,

                        /s/Mark F. Hampton
                        Arkansas Bar No. 85066
                        Attorney for Defendant
                        1122 West Capitol Avenue
                        Little Rock, Arkansas 72201
                        (501) 376-6277
                        (501) 376-6279 fax
                        MarkFHampton@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

Chris Givens
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72901

                        /s/Mark F. Hampton
                        Arkansas Bar No. 85066
                        Attorney for Defendant
                        1122 West Capitol Avenue
                        Little Rock, Arkansas 72201
                        (501) 376-6277
                        (501) 376-6279 fax
                        MarkFHampton@aol.com



January 9, 2020

To whom it may concern:

    De'Aundrey Peoples is currently in custody at the Pulaski County Detention Center and has a two-month old infant in the Neonatal Intensive Care Unit (NICU) at Arkansas Children's Hospital. Unfortunately, his child, Dre'Ya Peoples, was born with multiple congenital anomalies that have proven to be incompatible with life. She has been diagnosed with a genetic condition called "chondrodysplasia punctata" which in short, is a rare condition whereby the bones have abnormal calcifications and are therefore unable to structurally support her organs. Dre'Ya also has severe cervical spinal stenosis which causes compression of the spinal column and vertebrae in her neck (near the region of the brain stem). The compression of her cervical spine has progressed and has caused her limbs to be partially paralyzed, as well as her diaphragm unable to move independently. Consequently, Dre'Ya is unable to breathe on her own and is being kept alive by a ventilator. In addition to the spinal stenosis, she also has a condition known as midface hypoplasia. It is characterized by the lack of growth of bones in the middle of the face — which has led to the flattening of her nose and cheek bones. Given the lack of growth she has a small flat nose with small nares that limit her innate ability to breathe through her nasal passageways.

    Over the last week we have seen a significant deterioration in both her breathing and her movement, which is indicative of the lack of innervation due to the spinal compression as well as some progression of the paralysis. These concerns, coupled with the brittle nature of her bones, leave no further life-saving interventions that we at Arkansas Children's can provide. We have updated the family on the limitations of medicine as well as the fact that Dre'Ya's pain and suffering has intensified. The medical team has recommended that Dre'Ya be removed from the ventilator in a controlled and humane manner due to the lack of curative interventions as well as the understanding that she is currently suffering. Mr. Peoples has been updated of this but due to his current status, we are solely waiting on him to be furloughed before removing the ventilator that is currently keeping his daughter alive.

    We appreciate your consideration in allowing Mr. Peoples to see his child for the first and last time in order to have some peace and closure in her death. Due to her current level of pain and suffering, we ask that he be allowed to visit within the next few days so that her suffering is not prolonged.

Thank you,

*Tiffany Cole, LCSW*

**Clinical Social Worker-Neonatal Intensive Care Unit**
**Arkansas Children's Hospital**
1 Children's Way • Slot 401 • Little Rock, AR 72202
(501) 364-7039 office • (501) 364-3938 fax



1 Children's Way • Little Rock, AR 72202-3591 • 501/364-1100
www.archildrens.org