IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

V.             **CASE NO. 4:18-CR-466-BSM-20**

**DEAUNDREY PEOPLES**                                              **DEFENDANT**

## ORDER

Defendant Deaundrey Peoples has filed an emergency motion for temporary release from the federal detainer now in effect so that he may be with his daughter, who is grave condition at Arkansas Children's Hospital (ACH). (Docket entry #430) The United States does not oppose the motion. The motion to temporarily lift the federal detainer (#430) is GRANTED.

The Pulaski County Detention Facility (PCDF) is directed to release Mr. Peoples to the custody of the Pulaski County Sheriff's Department no later than 8:30 a.m. on January 11, 2020, so that a deputy sheriff can escort him to ACH to see his sick child. Mr. Peoples must be returned to the PCDF no later than 6:00 p.m. on the same day.

IT IS SO ORDERED this 10th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE